1  KAMALA D. HARRIS
   Attorney General of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  LANCE E. WINTERS
   Senior Assistant Attorney General
4  SCOTT HAYWARD
   Deputy Attorney General
5  DAVID A. VOET
   Deputy Attorney General
6  State Bar No. 182544
     300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013
     Telephone:  (213) 576-1338
8    Fax:  (213) 897-6496
     E-mail:  DocketingLAAWT@doj.ca.gov
9  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY ELLEN SAMUELS,**<br><br>                       Petitioner,<br><br>             v.<br><br>**DEBORAH K. JOHNSON, Warden,**<br>**Central California Women's Facility,**<br><br>                       Respondent. | **DEATH PENALTY CASE**<br><br>Case No. CV 10-03225-SJO<br><br>**NOTICE OF RESPONDENT'S CORRECT NAME** |

    The California Attorney General, counsel for Deborah K. Johnson, Warden of the Central California Women's Facility, pursuant to Federal Rules of Civil Procedure, Rule 25(d), hereby files this Notice of Respondent's Correct Name, which is:  Debra K. Johnson, Warden of the Central California Women's Facility.

//

//

1

| | | |
|---|---|---|
| 1 | Dated: May 28, 2014 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | DANE R. GILLETTE<br>Chief Assistant Attorney General |
| 4 | | LANCE E. WINTERS<br>Senior Assistant Attorney General |
| 5 | | SCOTT HAYWARD<br>Deputy Attorney General |
| 6 | | |
| 7 | | */S/ DAVID A. VOET*<br>DAVID A. VOET |
| 8 | | Deputy Attorney General<br>*Attorneys for Respondent* |
| 9 | | |
| 10 | LA2010501919<br>61282576.doc | |