FILED
CLERK, U.S. DISTRICT COURT

March 9, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN SAMUELS,<br><br>    Petitioner,<br><br>    v.<br><br>JANEL ESPINOZA, Warden of Central California Women's Facility,<br><br>    Respondent. | CASE NO. CV 10-3225 SJO<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

**IT IS HEREBY ORDERED** that Petitioner Mary Ellen Samuels' petition for writ of habeas corpus be **CONDITIONALLY GRANTED** and that the sentence of death in the matter of *People v. Mary Ellen Samuels*, Case No. PA002269 of the California Superior Court of Los Angeles County Superior Court, Van Nuys, shall be **VACATED**.

**IT IS FURTHER ORDERED** that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new penalty trial or vacate the death sentence and resentence Petitioner in accordance with California law and the United States Constitution.

//

//

**IT IS FURTHER ORDERED** that the Clerk of this Court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.

**IT IS SO ORDERED.**

Dated: March 9, 2020.

_S. James Otero_
―――――――――――――――――
S. JAMES OTERO
United States District Judge